U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 AUG 14  PM 12: 25

CLERK

BY  AL
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA )
)
v. ) NO. 2:25-cr-78-1
)
ALEJANDRO MONFIL CARBALLO, )
Defendant. )

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about August 2, 2025, in the District of Vermont, the defendant, ALEJANDRO MONFIL CARBALLO, an alien, was found in the United States after having been removed therefrom to Mexico on or about February 4, 2016, at or near El Paso, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

(8 U.S.C. § 1326)

A TRUE BILL

███████████████

FOREPERSON

*[signature]*
MICHAEL P. DRESCHER (KHF)
Acting United States Attorney
Burlington, Vermont
August 14, 2025